# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Rockwater Energy Solutions North Dakota, Inc., | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| CVM Technology, LLC, | ) ) | Case No. 4:15-cv-059 |
| Defendant. | ) | |

Before the court are motions for attorneys William R. Modrcin and Robert A. Andrews to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys William R. Modrcin and Robert A. Andrews have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket Nos. 8 and 9) are **GRANTED**. Attorney William R. Modrcin and Robert A. Andrews are admitted to practice before this court in the above-entitled action on defendant's behalf.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2015.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge